```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35169
   ALLAN JAMES SCHOIBER
   DEBRA LYNN SCHOIBER                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4833     SSN XXX-XX-0314


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/02/05 and confirmed on 01/19/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21540.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00           .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         7045.11           .00         1338.57
FIA CARD SERVICES          FILED LATE           .00            .00             .00
FIA CARD SERVICES          FILED LATE           .00            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         4839.56           .00          919.52
RESURGENT CAPITAL SERVIC   UNSECURED        20627.13           .00         3919.15
ECAST SETTLEMENT CORPORA   UNSECURED         5348.36           .00         1016.19
RESURGENT CAPITAL SERVIC   UNSECURED        20374.49           .00         3871.15
CAPITAL ONE BANK           UNSECURED         6216.63           .00         1181.16
ECAST SETTLEMENT CORPORA   UNSECURED        16842.64           .00         3200.10
RESURGENT CAPITAL SERVIC   UNSECURED         8072.51           .00         1533.78
ECAST SETTLEMENT CORPORA   UNSECURED         4078.32           .00          774.88
MEIJER                     UNSECURED        NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         3829.65           .00          727.63
RESURGENT CAPITAL SERVIC   UNSECURED        10947.34           .00         2079.99
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00    108221.74          .00      108221.74
PRINCIPAL PAID         .00          .00     20562.12          .00       20562.12
INTEREST PAID          .00          .00          .00          .00            .00
TOTAL PAID             .00          .00     20562.12          .00       20562.12
The Debtor's attorney, STUART B HANDELMAN              , was allowed $   2200.00
and was paid $   2200.00   direct and $      .00  through the plan.

The Trustee received $    957.18 .

Refunds to the Debtor totaled $     20.70 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE